THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SARA R. ROBINSON
Assistant United States Attorney
California State Bar # 147437
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-6585
    Facsimile:  (213) 894-7819
    Sara.robinson@usdoj.gov

Attorneys for Defendants

FILED: 1/3/2008
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAMZEH SAMADI NOROUZI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL MUKASEY, et al., )<br>)<br>Defendants. )<br>_____ ) | NO. CV 07-06535 GHK (SHx)<br><br>ORDER DISMISSING<br>COMPLAINT AND ACTION<br><br>[~~Proposed~~] |

    The Court, having considered the stipulation previously filed by the parties in which CIS has agreed to re-adjudicate Plaintiff's N-400 petition within thirty (30) days from the date this action is dismissed, hereby dismisses this action without prejudice and ORDERS as follows:

/ / /

/ / /

/ / /

/ / /

1. the above entitled action is dismissed without prejudice, subject to the terms contained herein;

2. within thirty (30) days of the dismissal of the above entitled action from District Court, the USCIS will re-adjudicate Plaintiff's N-400 Application for Naturalization; and,

3. the parties will each bear their own fees and costs, including attorneys fees.

4. all pending court dates are removed from the Court's calendar.

DATED: January __3__ , 2008

_____
GEORGE H. KING, U. S. DISTRICT JUDGE